UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:19-CR-167 |
| ) | |
| ROBERT GENE EDWARDS JR. ) | |

## O R D E R

The defendant's unopposed motion to continue [doc. 282] is **GRANTED** for the reasoning provided therein. Sentencing, presently scheduled for March 16, 2021, is **RESET** to **Tuesday, May 25, 2021, at 10:30 a.m.** in Knoxville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge